Kevin A. EVANS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 701, 2015

Supreme Court of Delaware.

Submitted: July 28, 2016

Decided: October 21, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1306016609

AFFIRMED.

Patricia ORBITZ,[1] Respondent Below, Appellant,

v.

Peter S. ABBOTT, Petitioner Below, Appellee.

No. 130, 2016

Supreme Court of Delaware.

Submitted: August 19, 2016

Decided: October 24, 2016

Court Below—Family Court of State of Delaware in and for New Castle County, File No. CN13-06155, Pet. No. 14-03438

AFFIRMED.

Candido REYNOLDS, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 196, 2016

Supreme Court of Delaware.

Submitted: August 26, 2016

Decided: October 24, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1302015545, 1303009388

AFFIRMED.

---

1. By Order dated March 17, 2016, the Court sua sponte assigned pseudonyms to the parties. Del. Supr. Ct. R. 7(d).